*Solicitor General McGrath* for petitioner. *Howell W. Vincent* for respondents.

No. 1118. PORTER, PRICE ADMINISTRATOR, *v.* DICKEN ET AL. April 29, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General McGrath* for petitioner. Respondents *pro se.*

No. 1087. FEDERAL TRADE COMMISSION *v.* S. BUCHS-BAUM & Co. See *ante,* p. 818.

No. 950. NATIONAL LABOR RELATIONS BOARD *v.* A. J. TOWER Co. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General McGrath* for petitioner. *Malcolm Donald* for respondent.

No. 996. AMERICAN STEVEDORES, INC. *v.* PORELLO ET AL. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Edward Ash* for petitioner. *Solicitor General McGrath* for the United States, and *George J. Engelman* for Porello, respondents.

No. 764. CARTER *v.* ILLINOIS. May 6, 1946. Petition for writ of certiorari to the Supreme Court of Illinois granted. Petitioner *pro se. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.